# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR279** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **THERESA PEREA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Theresa Perea (Perea) to reopen the matter of detention and investigate the placement of Perea in a halfway house in New Mexico (Filing No. 26). The motion is granted to the extent that Pretrial Services shall investigate the placement of Perea in a halfway house in New Mexico and submit a report to the court with a copy to counsel. The motion is otherwise denied, without prejudice.

**IT IS SO ORDERED.**

DATED this 26th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge